No. 10-5237. Johnny Hunt, Petitioner v. R. David Mitchell, Correctional Administrator, Mountain View Correctional Institution.

562 U.S. 910, 131 S. Ct. 263, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 6811.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 454.

No. 10-5238. Damon Franklin, Petitioner v. United States.

562 U.S. 910, 131 S. Ct. 263, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 6845.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 980 A.2d 1174.

No. 10-5239. Jose O. Rivera, Petitioner v. United States.

562 U.S. 910, 131 S. Ct. 264, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 7385.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 372 Fed. Appx. 958.

No. 10-5241. Phill Raije Rian, Petitioner v. Texas.

562 U.S. 910, 131 S. Ct. 264, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 6892.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Third District, denied.

No. 10-5242. Perscell David, Petitioner v. Debra Scutt, Warden.

562 U.S. 911, 131 S. Ct. 264, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 7099.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 10-5243. Raymond Canales, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 911, 131 S. Ct. 264, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 7047.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-5244. James Daughty, Petitioner v. Steve Larkins, Warden.

562 U.S. 911, 131 S. Ct. 265, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 6921.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-5245. Hashona Clark, Petitioner v. Michelle R. Ricci, Associate Administrator, New Jersey State Prison, et al.

562 U.S. 911, 131 S. Ct. 265, 178 L. Ed. 2d 174, 2010 U.S. LEXIS 7143.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.